UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAQUELINE EGSTROM | ) | CASE NO. 18-CV-7445 (VEB) |
| Plaintiff, | ) ) | ORDER AWARDING ATTORNEYS' FEES PURSUANT TO |
| vs. | ) ) | EAJA 28 U.S.C. §2412(d) |
| ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY | ) ) ) ) | |
| Defendant | ) | |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorney's fees under EAJA,

IT IS HEREBY ORDERED that EAJA fees are awarded in the amount of $5,200.00 in attorneys' fees, subject to the terms of the Stipulation.

Dated: January 6, 2020

/s/Victor E. Bianchini
HON. VICTOR E. BIANCHINI
U.S. Magistrate Judge